```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-00136-HWV
Kelly Jo Kreiser                                                        Chapter 13
            Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk                Page 1 of 2              Date Rcvd: Mar 04, 2019
                              Form ID: ntcnfhrg              Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
```
db             +Kelly Jo Kreiser,    6085 Peachtree Street,    Harrisburg, PA 17111-4729
5149805        +BRIAN THOMAS KREISER,    6085 PEACHTREE STREET,    HARRISBURG, PA 17111-4729
5149811        +FIRST PREMIER BANK,    3820 N LOUISE AVENUE,    SIOUX FALLS SD 57107-0145
5149815        +MARINER FINANCE LLC,    BK NOTICES,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5165500         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5149820        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5149821        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5149804        +E-mail/Text: bankruptcy@acacceptance.com Mar 04 2019 19:42:04     AMERICAN CREDIT ACCEPTANCE,
                 961 E MAIN STREET,   SPARTANBURG, SC 29302-2185
5149806         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2019 19:50:02
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5149807        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 04 2019 19:42:35     CB INDIGO,    PO BOX 4499,
                 BEAVERTON, OR 97076-4499
5149808        +E-mail/Text: dehartstaff@pamd13trustee.com Mar 04 2019 19:42:23     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5149809         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2019 19:41:59     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
5165084         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2019 19:50:27
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5149810        +E-mail/Text: bknotice@ercbpo.com Mar 04 2019 19:42:10     ERC,   PO BOX 57547,
                 JACKSONVILLE, FL 32241-7547
5149812         E-mail/Text: cio.bncmail@irs.gov Mar 04 2019 19:41:42     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5149813         E-mail/Text: ktramble@lendmarkfinancial.com Mar 04 2019 19:41:33
                 LENDMARK FINANCIAL SERVICES LLC,    ATTN: BK DEPT,    2118 USHER STREET NW,
                 COVINGTON, GA 30014
5149814        +E-mail/Text: ebn@ltdfin.com Mar 04 2019 19:41:49     LTD FINANCIAL SERVICES LP,
                 7322 SOUTHWEST FREEWAY,    SUITE 1600,   HOUSTON, TX 77074-2134
5149816        +E-mail/Text: unger@members1st.org Mar 04 2019 19:42:32     MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
5149817        +E-mail/Text: Bankruptcies@nragroup.com Mar 04 2019 19:42:34     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5155084        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2019 19:42:16     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5149818        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 04 2019 19:50:05     REGIONAL ACCEPTANCE CORP,
                 BANKRUPTCY DEPT,    1420-C EAST FIRE TOWER ROAD,    GREENVILLE, NC 27858-4139
5154585         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 04 2019 19:50:05     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
5149819         E-mail/Text: appebnmailbox@sprint.com Mar 04 2019 19:42:03     SPRINT BANKRUPTCY,    PO BOX 7949,
                 OVERLAND PARK, KS 66207
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Kelly Jo Kreiser DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
         Trustee, for New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 Kelly Jo Kreiser karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kelly Jo Kreiser,  Chapter 13

**Debtor 1**  Case No.  1:19−bk−00136−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 4, 2019 |

ntcnfhrg (03/18)